

April 21, 2021

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

**VIA ECF**

Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Liz v. Foundation for a Smoke-Free World, Inc.
Civil Action No: 1:21-cv-00281 (ER) (JLC)

Dear Judge Ramos:

We represent the Defendant Foundation for a Smoke Free World, Inc. in this matter. The parties have conferred and jointly request that Your Honor refer us to Judge Cott, who we understand to be the assigned Magistrate Judge in this matter, for a settlement conference.

Thank you for your assistance in this matter.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

cc: Lawrence M. Pearson
  Tanvir H. Rahman
  WIGDOR LLP
  *Attorneys for Plaintiff*

NEW YORK    NEW JERSEY    CONNECTICUT    CALIFORNIA

7257203