UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOURDES LIZ                                          1:21-cv-00281 (ER)( JLC)

                          Plaintiff,                          **NOTICE OF MOTION**

   -against-

FOUNDATION FOR A SMOKE-FREE
WORLD, INC.

                          Defendant.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the Declaration of Joan M. Gilbride with the exhibits annexed thereto, the accompanying Memorandum of Law dated May 5, 2021, and upon all pleadings and proceedings had and held herein, Defendant **FOUNDATION FOR A SMOKE-FREE WORLD, INC.** will move this Court before Judge Edgardo Ramos, of the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007 on a date to be determined by the Court, for an Order pursuant to Fed. R. Civ. Pr. 12(b)(6), dismissing the complaint against the moving Defendant based upon the plaintiff's failure to state a claim upon which relief can be granted; along with such other and further relief as this Court may deem just and proper.

7290407

Dated: New York, New York
        May 5, 2021

        Respectfully submitted,

        KAUFMAN BORGEEST &RYAN LLP

        _____
        By: Joan M. Gilbride
        *Attorneys for Defendant*
        **Foundation for a Smoke-Free World, Inc.**
        120 Broadway, 14th Floor
        New York, New York 10271
        Tel. (212) 994-6517
        jgilbride@kbrlaw.com

TO: Lawrence M. Pearson
     Tanvir H. Rahman
     Wigdor LLP
     *Attorneys for Plaintiff*
     85 Fifth Avenue, 5th Fl.
     New York, NY 10003
     Tel. (212) 257-6800

2

7290407