UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOURDES LIZ, <br><br> Plaintiff, <br><br> -against- <br><br> FOUNDATION FOR A SMOKE-FREE WORLD, INC. <br><br> Defendant. | 21-cv-00281 (ER) (JLC) <br><br> **STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff Lourdes Liz and Foundation for a Smoke Free World, Inc.. ("collectively Defendant") that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice and without costs or attorneys' fees to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED,** by and between the Plaintiff and Defendant that a facsimile copy of this Stipulation shall have the same binding effect as an original thereof.

Dated: July 16, 2021
      New York, New York

WIGDOR LLP

By: _____
   Lawrence M. Pearson
   Tanvir H. Rahman
   *Attorneys for Plaintiff*
   85 Fifth Avenue, 5th Fl.
   New York, NY 10003
   lpearson@wigdorlaw.com
   trahman@wigdorlaw.com

KAUFMAN BORGEEST & RYAN LLP

By:_____
   Joan M. Gilbride
   *Attorneys for Defendant*
   120 Broadway, 14th Floor
   New York, New York 10271
   Telephone: (212) 980-9600
   Facsimile: (212) 980-9261
   jgilbride@kbrlaw.com

So-Ordered:

_____
Honorable James L. Cott

7455690